170 So. 913

**Ex parte Eugene THORNTON.**

**7 Div. 421.**

Supreme Court of Alabama.
Nov. 16, 1936.

Beddow, Ray & Jones, of Birmingham, for petitioner.

PER CURIAM.
Petition denied.
All the Justices concur.

169 So. 904

**Tamar T. TOWNSEND et al. v. FIRST NATIONAL BANK OF HUNTSVILLE.**

**8 Div. 740.**

Supreme Court of Alabama.
May 21, 1936.

David A. Grayson, of Huntsville, for appellants.

Watts & White, of Huntsville, for appellee.

PER CURIAM.
Appeal dismissed.

171 So. 921

**VOLUNTEER STATE LIFE INS. CO. OF CHATTANOOGA, TENN., v. Wm. Y. SHUGART.**

**7 Div. 420.**

Supreme Court of Alabama.
Jan. 12, 1937.

PER CURIAM.
Appeal dismissed by appellant.

169 So. 904

**Isom WARREN v. GULF STATES STEEL CO.**

**7 Div. 321.**

Supreme Court of Alabama.
May 26, 1936.

E. G. Pilcher and Culli, Culli & Swann, all of Gadsden, for appellant.

O. R. Hood and Roger C. Suttle, both of Gadsden, for appellee.

PER CURIAM.
Appeal dismissed on motion of appellant.